JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, an individual, and JAMES ROE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF ARCADIA, an incorporated California Municipality,<br><br>Defendant. | Case No. 2:15-cv-05736-CAS-AS<br>Judge: Hon. Christina A. Snyder<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41] |

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that:

1. The complaint filed in the above-captioned action be dismissed in its entirety and with prejudice.

2. Defendant shall issue a check payable to "The Family Safety Foundation" in the amount of Seven Thousand Five Hundred Dollars ($7,500.00) and send it, via FedEx or other overnight delivery method, to Plaintiffs' counsel of record within ten working days following the granting of the Order dismissing the action.

**IT IS SO ORDERED.**

Dated: June 27, 2016

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
BEST BEST & KRIEGER LLP
2855 E. GUASTI ROAD, SUITE 400
ONTARIO, CA 91761

24347.00315\29044659.1

- 2 -

2:15-cv-05736-CAS-AS
STIPULATION FOR DISMISSAL